UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x

THOMAS GESUALDI, LOUIS BISIGNANO, DARIN JEFFERS, MICHAEL O'TOOLE, MICHAEL BOURGAL, FRANK H. FINKEL, JOSEPH A. FERRARA, SR., MARC HERBST, THOMAS CORBETT and ROBERT G. WESSELS, as Trustees and fiduciaries of the Local 282 Welfare Trust Fund, the Local 282 Pension Trust Fund, the Local 282 Annuity Trust Fund, the Local 282 Job Training Trust Fund, and the Local 282 Vacation and Sick Leave Trust Fund,

20-CV-5734(DRH)(ARL)

STIPULATION OF DISMISSAL WITH PREJUDICE

                                                          Plaintiffs,

      -against-

RAD & D'APRILE CONSTRUCTION CORP.,

                                                        Defendant.
-------------------------------------------------------------------------------x

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, through their counsel, that the above-captioned action is dismissed, with prejudice and without costs, disbursements, or attorneys' fees to either side as against the other pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

      **IT IS FURTHER STIPULATED AND AGREED** that this stipulation may be executed in counterparts and it is agreed that facsimile or electronic signatures shall constitute original signatures for the purposes of the stipulation.

November 11, 2022
White Plains, New York

| TRIVELLA & FORTE, LLP | DEALY SILBERSTEIN & BRAVERMAN, LLP |
|---|---|
| By: /**s/***Christopher Smith*** | By: **s/** *Marc D. Braverman* |
| Christopher Smith | Marc D. Braverman, Esq. |
| *Attorneys for the Plaintiffs* | *Attorneys for Defendant Rad & D'Aprile Construction Corp.* |
| 1311 Mamaroneck Avenue, Suite 170 | 225 Broadway, Suite 1405 |
| White Plains, New York 10605 | New York, New York 10007 |
| (914) 949-9075 | (212) 385-0066 |